**Guy T. HELVERING, Commissioner of Internal Revenue, v. The ROLLESTONE CORPORATION.**

No. 2012.

Circuit Court of Appeals, Tenth Circuit.

Nov. 20, 1939.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas D. Lyons, of Tulsa, Okl., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, v. The ROLLESTONE INVESTMENT COMPANY.**

No. 2013.

Circuit Court of Appeals, Tenth Circuit.

Nov. 20, 1939.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas D. Lyons, of Tulsa, Okl., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, v. The SOUTHERN INVESTMENT COMPANY.**

No. 2015.

Circuit Court of Appeals, Tenth Circuit.

Nov. 20, 1939.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas D. Lyons, of Tulsa, Okl., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner on Review, v. The WARREN TELEPHONE COMPANY, Respondent on Review.**

No. 8451.

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1939.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. P. Wenchel, of Washington, D. C., and Sewall Key, Sp. Asst. to Atty. Gen., for petitioner.

H. H. Hoppe, of Warren, Ohio, for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon consideration of the motion to dismiss this cause, filed herein by the petitioner on review, and it appearing that counsel for the respondent on review has consented to the granting thereof:

It is, by the Court, adjudged and ordered that this cause be, and is hereby dismissed, without costs to either party.